IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02127-WDM-CBS (Consolidated with Civil Action No. 05-cv-02128-REB-BNB)

BETTY HURST,

Plaintiff,

v.

ANTHONY CASTILLO,

Defendant.

and

ROBERT HURST, and
PATRICIA HURST,

Plaintiffs,

v.

ANTHONY CASTILLO,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the Order entered by Judge Miller in 05-cv-02127-WDM-CBS,

IT IS ORDERED that the Settlement Conference set for October 23, 2006, and the Pretrial Conference set in front of me on January 8, 2007, are **VACATED**.

DATED:  March 28, 2006